IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-60267
_____

UNITED STATES OF AMERICA

Plaintiff-Appellant

versus

SOUTHLAND MANAGEMENT CORPORATION; ET AL

Defendants

W THAD MCLAURIN; CHARLES C TAYLOR, JR;, ARTHUR W. DOTY

Defendants-Appellees

- - - - -
Appeal from the United States District Court for the
Southern District of Mississippi
- - - - -

ON PETITION FOR REHEARING EN BANC

(Opinion April 11, 2002, 5 Cir., 2002, _____F.3d____)

(September 23, 2002)

BEFORE:  KING, Chief Judge, JOLLY, HIGGINBOTHAM, DAVIS, JONES,
         SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS,
         BENAVIDES, STEWART, PARKER, DENNIS and CLEMENT, Circuit
         Judges.

BY THE COURT:

        A member of the Court in active service having requested
a poll on the petition for rehearing en banc and a majority of
the judges in active service having voted in favor of granting a
rehearing en banc,

        IT IS ORDERED that this cause shall be reheard by the
court en banc with oral argument on a date hereafter to be fixed.